

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-7-2004

# Willoughby v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-2421

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Willoughby v. Atty Gen USA" (2004). *2004 Decisions.* Paper 519.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/519

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 03-2421

———

GLENFORD WILLOUGHBY,

Appellant

v.

ATTORNEY GENERAL

———

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Dist. Ct. No. 02-cv-08158)
District Judge: Honorable Ronald L. Buckwalter

———

Submitted Under Third Circuit LAR 34.1(a)
June 24, 2004

Before: NYGAARD, MCKEE and CHERTOFF, Circuit Judges.

(Filed July 7, 2004)

———

OPINION

———

CHERTOFF, <u>Circuit Judge</u>.

We will affirm based on <u>Dia v. Ashcroft</u>, 353 F.3d 228 (3d Cir. 2003) (en banc).